**STIP**
J. CHIP SIEGEL, CHTD.
Jay L. Siegel, Esq.
Nevada State Bar No. 4748
601 South 7th Street
Las Vegas, Nevada  89101
(702) 387-2447

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-mj-00510-EJY |
| | ) | |
| vs. | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE INITIAL APPEARANCE** |
| RICARDO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JAY L. SIEGEL, attorney for Defendant, RICARDO RODRIGUEZ, and SKYLER PEARSON, Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the Summons and Initial Appearance currently set for September 18, 2025, be vacated and reset to this Court's next assigned arraignment date in October.

This Stipulation is entered into for the following reasons:

1. Counsel, as of today, is scheduled outside of this jurisdiction on September 18, 2025.
2. Counsel intends to attend court and enter a plea of not guilty for the Defendant
3. The Defendant does not object to this delay.
4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant to attend court.

1

This is the first request for continuance filed herein.

DATED this _____ day of _____, 2025.

By _____  
    JAY L. SIEGEL  
    Counsel for Ricardo Rodriguez  
    601 South 7th Street  
    Las Vegas, Nevada 89101  
    Attorney for Defendant

By *Skyler Pearson*  
Skyler Pearson  
Assistant U.S. Attorney  
501 Las Vegas Blvd South, Suite 1100  
Las Vegas, Nevada 89101  
Attorney for Plaintiff

**ORDER**

IT IS THEREFORE ORDERED the arraignment in this case is continued to the following date at time: **October 23, 2025 at 9:30 a.m. in Courtroom 3D.**

DATED this 11th day of July, 2025.

_____  
UNITED STATES MAGISTRATE JUDGE