**STIP**
J. CHIP SIEGEL, CHTD.
Jay L. Siegel, Esq.
Nevada State Bar No. 4748
601 South 7th Street
Las Vegas, Nevada 89101
(702) 387-2447

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:25-mj-00510-EJY |
| ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE INITIAL APPEARANCE** |
| RICARDO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JAY L. SIEGEL, attorney for Defendant, RICARDO RODRIGUEZ, and SKYLER PEARSON, Assistant United States Attorney, attorney for Plaintiff, UNITED STATES OF AMERICA, that the Summons and Initial Appearance currently set for September 18, 2025, be vacated and reset to this Court's next assigned arraignment date in October.

This Stipulation is entered into for the following reasons:

1. Counsel, as of today, is scheduled outside of this jurisdiction on September 18, 2025. He will be in Abilene, Texas, for his daughters' college function, which he cannot reschedule.

2. Counsel understands his client wants to enter a plea of not guilty and would prefer to have counsel present, or for Counsel to attend instead of the Defendant.

3. The Defendant does not object to this delay.

1

4.     The additional time requested herein is not sought for purposes of delay, but merely to allow Counsel for the defendant to attend court.

This is the first request for continuance filed herein.

DATED this ___30th___ day of _____July_____, 2025.

By ___/s/ Jay L. Siegel___  
JAY L. SIEGEL  
Counsel for Ricardo Rodriguez  
601 South 7th Street  
Las Vegas, Nevada 89101  
Attorney for Defendant

By ___/s/ Skyler Pearson___  
Skyler Pearson  
Assistant U.S. Attorney  
501 Las Vegas Blvd South, Suite 1100  
Las Vegas, Nevada 89101  
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the Stipulation to Continue Initial Appearance (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that the Initial Appearance currently set for September 18, 2025 is vacated and reset to October 23, 2025 at 9:30 a.m. in Courtroom 3D.

IT IS FURTHER ORDERED that if Defendant is a Clark County, Nevada resident, he must be present for his initial appearance. If Defendant is outside of Clark County, Defendant's appearance is excused and counsel may enter a plea of not guilty. Counsel for Defendant is advised, however, that in the future the appearance of a criminal defendant is generally required. Only with specific reason provided will such appearances be excused.

Dated this 31st day of July, 2025.

_____  
UNITED STATES MAGISTRATE JUDGE