**STIP**
J. CHIP SIEGEL, CHTD.
Jay L. Siegel, Esq.
Nevada State Bar No. 4748
601 South 7th Street
Las Vegas, Nevada  89101
(702) 387-2447

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-mj-00510-EJY |
| | ) | |
| vs. | )**STIPULATION AND ORDER TO REDUCE CASE** | |
| | )**TO RECKLESS DRIVING AND CLOSE CASE** | |
| RICARDO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between JAY L. SIEGEL, attorney for Defendant, RICARDO RODRIGUEZ, and TODD BLANCHE Acting Attorney General and JOSEPH S. SCISCENTO, Assistant United States Attorney, attorney for Plaintiff, United States of America, that status conference scheduled for July 1, 2026, be vacated and this matter reduced as agreed upon at the entry of plea to Reckless Driving and the case closed

This Stipulation is entered into for the following reasons:

1.  Counsel has provided the Government with proof he has completed all requirements.

…

…

1

2.        The Government has confirmed he has not violated any conditions imposed by the Court.

DATED this _____26th_____ day of June, 2026.

By _____        By _/s/ Joseph S. Sciscento
JAY L. SIEGEL                                   JOSEPH SCISCENTO
Counsel for Ricardo Rodriguez        Assistant U.S. Attorney
601 South 7th Street                        501 Las Vegas Blvd South, Suite 1100
Las Vegas, Nevada 89101              Las Vegas, Nevada 89101
Attorney for Defendant                    Attorney for Plaintiff

## ORDER

IT IS THEREFORE ORDERED that ECF No. 19 is GRANTED, the status hearing is vacated, and the Court reduces this case to Reckless Driving and close the case.

DATED this 27th_____ day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE